1 | Lesley Weaver (State Bar No. 191305)
  | lweaver@gelaw.com
2 | GRANT & EISENHOFER P.A.
  | 1201 North Market Street
3 | Wilmington, DE 19801
  | Tel: 302.622.7000
4 | Fax: 302.622.7100

*Attorneys for Proposed Lead Plaintiff*
*The State of Nebraska*

### UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRED JEAN, on Behalf of Himself and All Others Similarly Situated, | Case No.: SACV 09-1304-JVS (MLG) |
| Plaintiffs, | THE STATE OF NEBRASKA'S MOTION FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF ITS SELECTION OF COUNSEL |
| v. | |
| STEC, INC., ET AL. | |
| Defendants. | Judge: Honorable James V. Selna |
| | Date: February 8, 2010 |
| | Time: 1:30pm |
| HADI SAKHI, Individually and on Behalf of All Others Similarly Situated, | |
| Plaintiffs, | Case No.: SACV 09-1306-JVS (MLG) |
| v. | |
| STEC, INC., ET AL. | |
| Defendants. | |

[more captions on next page]

---

1

The State of Nebraska's Motion For Consolidation, Its Appointment As Lead Plaintiff And For Approval Of Its Selection Of Counsel (Case No.: SACV 09-1304-JVS (MLG))

| | |
|---|---|
| FRED GREENWALD, Individually and on Behalf of All Others Similarly Situated,<br><br>            Plaintiffs,<br><br>    v.<br><br>STEC, INC., ET AL.<br><br>            Defendants. | Case No.: SACV 09-1315-JVS (MLG) |
| DANIEL MUNTER, Individually and on Behalf of All Others Similarly Situated,<br><br>            Plaintiffs,<br><br>    v.<br><br>STEC, INC., ET AL.<br><br>            Defendants. | Case No.: SACV 09-1320-JVS (MLG) |
| MARCEL WEINBERGER, Individually and on Behalf of All Others Similarly Situated,<br><br>            Plaintiffs,<br><br>    v.<br><br>STEC, INC., ET AL.<br><br>            Defendants. | Case No.: SACV 09-1460-JVS (MLG) |
| JONATHAN FISCHER, Individually and on Behalf of All Others Similarly Situated,<br><br>            Plaintiffs,<br><br>    v.<br><br>STEC, INC., ET AL.<br><br>            Defendants. | Case No.: CV 09-8536-JVS (MLG) ✗ |

TO: ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that on February 8, 2010, at 1:30pm, or on such other date and time to be determined by the Court, before The Honorable James V. Selna, United States District Judge, The State of Nebraska ("Nebraska") will, and hereby does, move this Court for an Order appointing Nebraska as Lead Plaintiff, approving its selection of counsel, and consolidating the above-captioned cases.

This motion is brought pursuant to §21D of the Securities Exchange Act of 1934 on the grounds that Nebraska has timely filed this Motion and that it is the "most adequate plaintiff" under the Private Securities Litigation Reform Act of 1995 ("PSLRA") and meets the applicable requirements of Rule 23 of the Federal Rules of Civil Procedure for the purposes of this motion in that its claims are typical of the other class members' claims and Nebraska will fairly and adequately represent the class.

Additional support for this Motion is provided in the accompanying Memorandum of Law and Declaration of Lesley Weaver, Esq. in support of this Motion, pleadings and other files herein, and such other written and oral argument as may be permitted by the Court.

Dated: January 5, 2010

Respectfully submitted,

**GRANT & EISENHOFER P.A.**

_____
Lesley Weaver (State Bar No. 191305)
1201 N. Market Street
Wilmington, DE 19801
Tel: 302-622-7000

*Attorneys for Proposed Lead Plaintiff
The State of Nebraska*